UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MICHELLE FRACASSO and JONATHAN
SPITZER,

                        07 CV 4649 (AKH)

                Plaintiffs,

                        NOTICE OF APPEARANCE

    -against-

THE CITY OF NEW YORK, P.O.
EDELMAN, Tax No. 939814, individually and
in his official capacity,

                Defendants.
------------------------------------------------------X

        PLEASE TAKE NOTICE that Barry K. Myrvold, Assistant Corporation Counsel, of the Office of the Corporation Counsel of the City of New York, hereby appears as counsel for the defendant CITY OF NEW YORK.

DATED:    New York, New York
               July 12, 2007

                                  Respectfully submitted,

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel of the City of New York
                                  Attorney for Defendant
                                  CITY OF NEW YORK
                                  100 Church Street, Room 3-162
                                  New York, New York 10010
                                  (212) 788-9391
                                  (212) 788-9776 (facsimile)
                                  bmyrvold@law.nyc.gov

                                          /s/
                              By: _____
                                  Barry K. Myrvold (BM6908)

To:    Craig S. Lanza, Esq.        By ECF
       *Attorney for Plaintiffs*