

**BALESTRIERE**
PLLC

CRAIG STUART LANZA
225 BROADWAY SUITE 2700
NEW YORK, NY 10007
PHONE:  +1.212.374.5404
CELL:   +1.917.573.4273
FAX:    +1.646.304.1725
CLANZA@BALESTRIERE.NET
WWW.BALESTRIERE.NET

August 3, 2007

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*[Handwritten: Conf. is adjourned to Oct. 12, 2007, 9:30 a.m.  8-9-07  /s/ Alvin Hellerstein]*

Re: Adjournment in *Michelle Fracasso and Jonathan Spitzer v. The City of New York, et. al.*, 07 CV 4649 (AKH).

Your Honor:

    I am an attorney in the office of Balestriere PLLC, representing the plaintiffs in this action. At present, there is a Court Conference scheduled for August 10, 2007 at 9:30am. Pursuant to the Individual Rules of this Court, I am requesting an adjournment of the above-mentioned Court Conference. There have been no previous requests for an adjournment or an extension in this matter. My adversary, Mr. Barry Myrvold of Corporation Counsel of the City of New York, consents to this adjournment.

    Both myself and Mr. Myrvold are requesting an adjournment to a date after September 24, 2007. In addition, I will be unavailable between November 9, 2007 and December 3, 2007.

    I thank the Court for its time and consideration of this letter.

Sincerely,

Craig Stuart Lanza
Balestriere, PLLC
*Attorneys for Plaintiffs*



    cc:    Barry K. Myrvold
           Michael A. Cardozo
           Corporation Counsel of the City of New York