**BALESTRIERE**
PLLC

225 BROADWAY SUITE 2700
NEW YORK, NY 10007
PHONE: +1.212.374.5400
FAX: +1.212.208.2613
INFO@BALESTRIERE.NET
WWW.BALESTRIERE.NET



DEC 06 2007

ALVIN

December 4, 2007

**SENT VIA U.S. MAIL**
Hon. Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: Michelle Fracasso and Jonathan Spitzer v. The City of New York, P.O. Edelman-Winstead (07-CV-4649)

Dear Hon. Hellerstein:

Please find the attached proposed amended complaint. Through discussion with defendants' counsel, defendant's counsel has confirmed that they consent to our filing an amended complaint. We respectfully request permission to file the attached amended complaint.

Respectfully,

Craig Stuart Lanza

cc:   Barry Myrvold, Esq.