UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE FRACASSO and JONATHAN SPITZER,<br><br>                    Plaintiffs,<br><br>   - against -<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 07-CV-4649 (AKH)<br><br>NOTICE OF DEPOSITIONOF<br>P.O. EDELMAN-WINSTEAD |

## NOTICE OF DEPOSITION OF P.O. EDELMAN-WINSTEAD

PLEASE TAKE NOTICE, pursuant to the Federal Rules of Civil Procedure, beginning at 9:30am on March 3, 2008 at the offices of BALESTRIERE PLLC, 225 Broadway, New York, New York 10011, or at such other time that can be agreed by all, counsel for Plaintiffs will take the testimony of P.O. Edelman-Winstead.

The deposition will be taken before an officer authorized to administer oaths and will be taken by stenographic means. The deposition will continue until completed with such adjournments as may be necessary.

Dated:   New York, New York
         January 14, 2008         By:   /s/ Craig Stuart Lanza
                                        Craig Stuart Lanza (CL-2452)
                                        BALESTRIERE PLLC
                                        225 Broadway, Suite 2700
                                        New York, NY 10007
                                        Telephone 212-374-5404