UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE FRACASSO and JONATHAN SPITZER,<br><br>        Plaintiffs,<br><br>- against -<br><br>THE CITY OF NEW YORK, et al.,<br><br>        Defendants. | 07-CV-4649 (AKH)<br><br>NOTICE OF DEPOSITION OF ASSISTANT DISTRICT ATTORNEY DAVID SMITH |

### NOTICE OF DEPOSITION OF ASSISTANT DISTRICT ATTORNEY DAVID SMITH

PLEASE TAKE NOTICE, pursuant to the Federal Rules of Civil Procedure, beginning at 9:30am on March 4, 2008 at the offices of BALESTRIERE PLLC, 225 Broadway, New York, New York 10011, or at such other time that can be agreed by all, counsel for Plaintiffs will take the testimony of Assistant District Attorney David Smith.

The deposition will be taken before an officer authorized to administer oaths and will be taken by stenographic means. The deposition will continue until completed with such adjournments as may be necessary.

Dated: New York, New York
    January 14, 2008      By: /s/ Craig Stuart Lanza
                      Craig Stuart Lanza (CL-2452)
                      BALESTRIERE PLLC
                      225 Broadway, Suite 2700
                      New York, NY 10007
                      Telephone 212-374-5404