UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE FRACASSO and JONATHAN SPITZER,<br><br>                              **Plaintiffs,**<br><br>- against -<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              **Defendants.** | 07-CV-4649 (AKH)<br><br>NOTICE OF DEPOSITIONOF SGT. PATRICK TREANOR |

### NOTICE OF DEPOSITION OF SGT. PATRICK TREANOR

PLEASE TAKE NOTICE, pursuant to the Federal Rules of Civil Procedure, beginning at 2:30pm on March 4, 2008 at the offices of BALESTRIERE PLLC, 225 Broadway, New York, New York 10011, or at such other time that can be agreed by all, counsel for Plaintiffs will take the testimony of Sgt. Patrick Treanor.

The deposition will be taken before an officer authorized to administer oaths and will be taken by stenographic means. The deposition will continue until completed with such adjournments as may be necessary.

Dated:   New York, New York
           January 14, 2008                    By:   /s/ Craig Stuart Lanza
                                                                                     Craig Stuart Lanza (CL-2452)
                                                                                     BALESTRIERE PLLC
                                                                                     225 Broadway, Suite 2700
                                                                                     New York, NY 10007
                                                                                     Telephone 212-374-5404