

**CRAIG STUART LANZA**
225 BROADWAY SUITE 2700
NEW YORK, NY 10007
PHONE: +1.212.374.5404
CELL: +1.917.573.4273
FAX: +1.646.304.1725
CLANZA@BALESTRIERE.NET
WWW.BALESTRIERE.NET

RECEIVED JUL 08 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

July 2, 2008

VIA FACSIMILE AND FIRST CLASS MAIL

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*I will discuss the issues with counsel at conference, July 18, 2008, 9:30 am*  7-8-08
/s/ AKH

Re: *Fracasso v. The City of New York*, Index No. 07-cv-4649 (AKH)

Dear Judge Hellerstein:

    I represent the plaintiff Michele Fracasso in the above entitled action. Currently we are nearing the end of discovery, and have, within the last thirty six hours, been able to negotiate the possibility of a settlement with the City of New York. We write now to respectfully request we be assigned a magistrate judge to further pursue settlement and resolve this case.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Craig Stuart Lanza / MDZ

Craig Stuart Lanza

Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08