

**BALESTRIERE**
PLLC

225 BROADWAY SUITE 2700
NEW YORK, NY 10007
PHONE:  +1.212.374.5400
FAX:    +1.212.208.2613
INFO@BALESTRIERE.NET
WWW.BALESTRIERE.NET



August 21, 2008



VIA FACSIMILE

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

Re:    *Fracasso v. City of New York*, Index No. 07-cv-4649 (AKH)

Dear Judge Hellerstein:

    I represent the plaintiff, Michelle Fracasso, in the above-captioned matter. There is currently a conference scheduled before Your Honor on September 5, 2008. However, after speaking with Mr. Myrvold, counsel for the defendant, I respectfully request that this conference be adjourned until October 10, 2008.

    Unfortunately, I will be actively engaged in a trial for the first two weeks of September, *Novick v. Bankers Life Insurance Company of New York*, No. 05-cv-3085 (LDW), scheduled to begin on September 8, 2008, before Judge Leonard D. Wexler in the Eastern District of New York. I have also conferred with Mr. Myrvold, who indicated that he will be actively engaged in a trial that is expected to take one week commencing on September 15, 2008, before Judge Paul A. Crotty in *Karen Cameron, et al. v. The City of New York, et al.*, 06-cv-7798 (PAC).

    Accordingly, on behalf of both parties, I respectfully request that Your Honor adjourn the September 5, 2008, conference until October 10, 2008.

    If you have any questions or concerns regarding this matter, please do not hesitate to contact me at your earliest convenience. Thank you for your time and attention to this matter.

Respectfully submitted,

Craig Stuart Lanza

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08



Hon. Alvin K. Hellerstein
August 21, 2008
Page 2 of 2

cc:  Barry Myrvold, Esq.
     Corporation Counsel
     City of New York
     100 Church Street, 3-162
     New York, NY 10007